

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
JAN 23 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

YVONNE DOCKERY

versus

CIVIL ACTION NO. 06-1292
JUDGE TOM STAGG

SHREVEPORT POLICE DEPARTMENT

## MEMORANDUM ORDER

Before the court is a motion filed by <u>pro se</u> plaintiff, Yvonne Dockery ("Dockery"), entitled "Motin (sic) To Set Aside Respondent/Defendants (sic) Motion For Summary Judgment And Court Order For Summary Judgment Pursuant To Rule 60(b) Of The Rule (sic) Of Civil Procedure With Brief Incorporated." Record Document 47. Dockery seeks to have the court set aside its summary judgment ruling, wherein the court dismissed all of her claims against the defendants with prejudice.

Dockery's motion currently before the court appears to be an attempt to reopen her case under Federal Rule of Civil Procedure 60(b). That rule provides relief from a judgment due to mistake, inadvertence, excusable neglect, newly

discovered evidence, fraud, or various other *inapplicable* reasons. Dockery's only arguments in her motion focus on her claims that she was falsely arrested and imprisoned and denied equal protection of the laws. She does not, however, invoke any of the enumerated bases for relief provided in Rule 60(b). The rule upon which she relies simply does *not* provide for any of the relief that Dockery is seeking in her motion, nor does any other rule of which the court is aware. Accordingly;

**IT IS ORDERED** that motion to set aside (Record Document 47) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of January, 2008.



JUDGE TOM STAGG